IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KENNETH SLOMINSKI, | ) | |
| ROGER RIKLI, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the plaintiff's Motion to Extend Time, filing 39.

The Court, being duly advised in the premises, finds that the motion should be granted. The plaintiff is given until July 11, 2005 to file its response brief to the defendants' pretrial motions.

Dated this 29th day of June, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge