```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon the government's oral motion, the pretrial conference previously scheduled for July 28, 2005 is continued to July 29, 2005 at 1:00 p.m.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge