THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | |
| | ) | |
| Defendants. | ) | |

The defendants have filed an unopposed motion (filing 44) to extend time to file objections to the Magistrate Judge's report and recommendation (filing 42). I shall grant the defendants' motion.

IT IS ORDERED:

1. The defendants' unopposed motion (filing 44) to extend time to file objections to the Magistrate Judge's report and recommendation (filing 42) is granted;

2. The defendants shall file their objections on or before August 15, 2005;

3. The plaintiff may submit a brief opposing the objections on or before August 29, 2005;

4. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to reflect that the "response due" date for Filing 42 is August 29, 2005.

August 1, 2005.

                                        BY THE COURT:
                                        s/*Richard G. Kopf*
                                        United States District Judge