```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3061 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendants' unopposed motion for continuance is granted and the pretrial conference that was set for July 29 is continued to August 9, 2005 at 1:00 p.m. in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Dated August 1, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge