IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br>KENNETH SLOMINSKI and                )<br>ROGER RIKLI,                         )<br>                                     )<br>            Defendants.              )<br>                                     ) | 4:04CR3061<br><br><br>MEMORANDUM AND ORDER |

A pretrial conference pursuant to Fed. R. Civ. P. 17.1 was held before me this date.  Counsel were present; defendants were not.  Counsel had met earlier and discussed the matters suggested by the joint motion and had concluded that certain matters could be determined at this time, and others should await the court's ruling on pending matters.  Counsel are to be commended for their cooperation and work.  In accordance with the discussion during the conference,

IT THEREFORE HEREBY IS ORDERED,

1. Defendants' objections to the pending Report and Recommendation of the undersigned, filing 42, shall be filed on or before August 15, 2005.  Plaintiff's response shall be due on or before August 29, 2005.

2. Plaintiff is given until August 29, 2005 to file its response to the pending motion for release of Brady materials, filing 47.

3. Following resolution of these matters and at such time as counsel think it appropriate, an additional conference may be held at counsels' request for the purpose of addressing then-pending matters and scheduling the case to trial.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge