IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Magistrate Judge's Recommendation (filing 42) that the defendants' motions to dismiss (filings 35 & 36) be denied. The defendants have objected (filing 49) to the Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3. After a de novo review of the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and NECrimR 57.3, and for the reasons carefully and correctly articulated in his Report and Recommendation, I conclude that the Magistrate Judge's Recommendation should be adopted and the defendants' motions to dismiss be denied.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 42) is adopted;

2. The defendants' objection (filing 49) to the Recommendation is denied;

3. The defendants' motions to dismiss (filings 35 & 36) are denied; and

4. The Clerk of Court shall provide a copy of this Memorandum and Order

to the assigned Magistrate Judge.

September 1, 2005.

        BY THE COURT:
        s/*Richard G. Kopf*
        United States District Judge