```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, ROGER RIKLI, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The government has made an unopposed oral motion to continue the pretrial conference in this case. The court has previously determined that due to the complexity of this case, it is unreasonable to expect adequate preparation for pretrial proceedings or for trial within the time limits of the Speedy Trial Act, and has therefore exempted this case from the strictures of the Act. 18 U.S.C. §§ 3161(h)(A) and (B)(ii). See filing 20.

IT THEREFORE HEREBY IS ORDERED:

1. The telephonic pretrial conference, previously scheduled for November 2, 2005, is continued to December 21, 2005 at 10:30 a.m. Plaintiff's counsel shall initiate the call.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 21, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure

>   to grant additional time might result in a miscarriage
>   of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of October, 2005.

>   BY THE COURT:

>   s/ *David L. Piester*
>   David L. Piester
>   United States Magistrate Judge