IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3061 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The parties' motion to continue, filing 62, made through the plaintiff, is granted and the telephone conference regarding progression of this case is continued from January 27, 2006 to March 9, 2006 at 10:00 a.m.  Plaintiff's counsel shall place the call.

DATED January 26, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge