IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3061 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAY -2  PM 12: 45

OFFICE OF THE CLERK

IT IS ORDERED:

Plaintiff's motion to continue pretrial conference, filing 68, made with the agreement of counsel for each defendant, is granted and the pretrial conference is continued from May 11, 2006 to July 7, 2006 at 9:00 a.m. in the chambers of the undersigned.

DATED May 2, 2006.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge