IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:04CR3061 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ***Proposed Order*** |
| ) | |
| KENNETH SLOMINSKI and ) | |
| ROGER RIKLI, ) | |
| ) | |
| Defendants. ) | |

The matter of a Joint Motion by the parties, filing 71, comes before the Court on the 21st day of August, 2006 requesting that certain dates within the Court's Memorandum and Order dated July 7th, 2006 be continued.

Good cause having been shown to the Court, it is ordered that (1) the parties shall have until September 8th to file objections or waiver of objection to Exhibits; (2) the Defendants shall have until September 8th to file motions to dismiss on Speedy Trial grounds pursuant to 18 U.S.C. Section 3161 et. Seq. or Zedner v. United States, 547 U.S. _____, 126 S.Ct. 1976, _____ L.Ed. 2d _____ 2006; and, the parties shall have until September 8th to file waiver of jury trial, if such waivers are to be filed.  In all other respects, the Court's July 7th Memorandum and Order shall remain in full force and effect.

Dated this 21st day of August, 2006.

        BY THE COURT

        s/ *David L. Piester*
        David L. Piester
        United States Magistrate Judge