IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KENNETH SLOMINSKI, | ) | |
| ROGER RIKLI, | ) | |
| | ) | |
| Defendants. | ) | |

   This matter comes before the Court on the plaintiff's Motion for Extension of Time, filing 81.

   The Court, being duly advised in the premises, finds that the motion should be granted. The plaintiff is given until September 22, 2006 to file its brief in response to the defendants' motion to dismiss.

   Dated this 13th day of September, 2006.

                                        BY THE COURT

                                        s/ *David L. Piester*

                                        David L. Piester
                                        United States Magistrate Judge