```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. An evidentiary hearing on defendants' motion to dismiss, filing 74, will be held before the undersigned on October 16, 2006 beginning at 10:00 a.m. in Courtroom #3, United States Courthouse, Lincoln, Nebraska. The court has set aside two hours for this hearing.

2. The defendants, defendants' counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

DATED this 26th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge