```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant Rikli's unopposed oral motion to continue is granted. The evidentiary hearing on defendants' motion to dismiss, filing 74, is continued from October 16, 2006 to October 18, 2006 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

DATED this 28th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge