```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )           4:04CR3061<br>       v.                            )<br>                                     )<br>KENNETH SLOMINSKI and                )<br>ROGER RIKLI,                        )           ORDER<br>                                     )<br>            Defendants.              )<br>                                     ) | |

   IT IS ORDERED:

   Plaintiff's motion to continue hearing and deadline, filing 91, agreed to by counsel for the defendants, is granted, and

   1.  The requirement that *Jencks* Act material be provided to defendants by October 27 is extended to November 3, 2006.

   2.  The hearing on defendants' motion to dismiss (filing 74) is continued from November 2 to November 7, 2006 at 1:00 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   3.  Defendants shall be present for the hearing.

   DATED this 27th day of October, 2006.

                                       BY THE COURT:

                                       s/ *David L. Piester*
                                       David L. Piester
                                       United States Magistrate Judge