IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>KENNETH SLOMINSKI, 　　　　　 )<br>ROGER RIKLI, 　　　　　　　　 )<br>　　　　　　　Defendants. 　　　 ) | 4:04CR3061<br><br>ORDER |

　　　This matter comes before the Court on the plaintiff's motion to continue hearing, filing 94.

　　　The Court, being duly advised in the premises, finds that the motion should be granted. The hearing on the defendants' motion to dismiss is rescheduled for December 4, 2006 at 1:30 p.m.


　　　Dated this 6th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　　　　　　　DAVID L. PIESTER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge