```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:04CR3061 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

a. The defendants' unopposed motion to continue the deadline for filing certain pretrial motions, filing 96, is granted.

b. Motions in limine, and/or matters pertaining to immunized testimony, and/or matters included in Federal Rule of Evidence 104, and/or matters otherwise addressing the adducement of evidence during the trial, shall be filed on or before November 28, 2006. If necessary, such motions may be filed under seal.

c. The ends of justice outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of this motion shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

DATED this 15th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge