```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:04CR3061 |
| v. ) | |
| ) | |
| KENNETH SLOMINSKI, ) | **SEALED** |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. Defendant Slominski's attorneys, James R. Hobbs and W. Brian Gaddy, are excused from attending the status conference set in the chambers of the trial judge on December 14, 2006.

2. The clerk is directed to file this order under seal and to provide copies of this order to plaintiff's counsel and to James R. Hobbs and W. Brian Gaddy.

DATED this 6th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge