IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3061 |
| Plaintiff, | ) | 4:05CR3017 |
| | ) | 4:06CR3075 |
| vs. | ) | |
| | ) | |
| KENNETH SLOMINSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The joint oral motion of the government and defendant Slominski to unseal certain pleadings is granted, and the clerk is directed to unseal filings 101, 102 and 105 in 4:04cr3061; filings 36 and 38 in 4:05cr3017; and filings 29 and 31 in 4:06cr3075.

DATED: December 19, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge