```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3061 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH SLOMINSKI, | ) | ORDER |
| | ) | |
|     Defendant. | ) | |

    IT IS ORDERED,

    The joint oral motion of the government and defendant Slominski to unseal certain pleadings is granted, and in addition to the unsealing of the pleadings noted in the order of December 19, 2006, filing 107, the clerk is directed to unseal filing 104.

    DATED: January 3, 2007.

                                  BY THE COURT

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge