IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3061 |
| V. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| ROGER RIKLI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

(1)     The motion to dismiss criminal case as to both defendants (filing 74) is denied;

(2)     The motion to dismiss criminal case as to Roger Rikli only (filing 110) is granted.

July 10, 2007.                    BY THE COURT:

                                  *s/ Richard G. Kopf*
                                  United States District Judge