IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3061-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government,

IT IS ORDERED that this case as to Kenneth Slominski is dismissed.

August 27, 2007.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge